| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Snyder, Christina A. | Central District of California | 04/04/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2016<br>to<br>12/31/2016 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States Courthouse
350 W. 1st Street
Los Angeles, CA 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Attorney-Partnership |
| 2. 2016 | Nexis-Lexis Book Royalty Income |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage Loan | P1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Genter Advisors Schwab DFA IRA Acct #1 | | | | | | | | | |
| 2. IShares Russell 1000 Grwth IDX - Mutal Fund | C | Dividend | M | T | Sold | 10/31/16 | M | G | |
| 3. DFA US Large Cap Value Fund - Mutual Fund | C | Dividend | K | T | Buy (add'l) | 07/06/16 | K | | |
| 4. | | Dividend | M | T | Sold | 10/31/16 | N | F | |
| 5. DFA Int'l Value Fund - Mutual Fund | B | Dividend | L | T | Sold | 10/31/16 | L | A | |
| 6. DFA Emerg Mkts Core Equity- Mutual Fund | A | Dividend | K | T | Sold | 01/21/16 | K | A | |
| 7. DFA US Targeted Value Port - Mutual Fund | B | Dividend | M | T | Sold | 10/31/16 | M | G | |
| 8. DFA Intl Small Cap Value Port - Mutual Fund | B | Dividend | L | T | Sold | 10/31/16 | M | E | |
| 9. DFA US L/C Growth - Mutual Fund | B | Dividend | M | T | Sold | 10/31/16 | M | D | |
| 10. IShares Curr Hed MSCI EMU ETF - Exchange Traded Fund | A | Dividend | L | T | Buy (add'l) | 01/26/16 | L | | |
| 11. | | Dividend | M | T | Sold | 06/30/16 | L | A | |
| 12. iShares Curr HED MSCI EAFE ETF - Exchange Traded Fund | B | Dividend | K | T | Buy (add'l) | 07/06/16 | K | | |
| 13. | | Dividend | L | T | Sold | 10/31/16 | L | C | |
| 14. Altria Group Inc. - Stock | A | Int./Div. | K | T | Buy | 11/28/16 | L | | |
| 15. Boeing Company - Stock | A | Int./Div. | K | T | Buy | 11/28/16 | K | | |
| 16. Schlumberger LTD - Stock | A | Int./Div. | K | T | Buy | 11/28/16 | K | | |
| 17. Total SA - SPON ADR - Stock | A | Int./Div. | K | T | Buy | 11/28/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Verizon Communications - Stock | A | Int./Div. | K | T | Buy | 11/28/16 | K | | |
| 19. General Electric Company - Stock | A | Int./Div. | K | T | Buy | 11/29/16 | K | | |
| 20. Target Corp - Stock | A | Int./Div. | K | T | Buy | 11/29/16 | K | | |
| 21. Teva Pharmaceutical - ARD - Stock | A | Int./Div. | K | T | Buy | 11/29/16 | K | | |
| 22. | | Int./Div. | K | T | Sold | 12/30/16 | K | A | |
| 23. Wells Fargo & Company - Stock | A | Int./Div. | K | T | Buy | 11/29/16 | K | | |
| 24. Xilinx Inc - Stock | A | Int./Div. | K | T | Buy | 11/29/16 | K | | |
| 25. Metlife Inc - Stock | A | Int./Div. | K | T | Buy | 11/30/16 | K | | |
| 26. Microsoft Corp - Stock | A | Int./Div. | K | T | Buy | 11/30/16 | K | | |
| 27. United Paracel Service - CL B - Stock | A | Int./Div. | K | T | Buy | 11/30/16 | K | | |
| 28. PNC Financial Services Group - Stock | A | Int./Div. | K | T | Buy | 12/01/16 | K | | |
| 29. Pfizer Inc - Stock | A | Int./Div. | K | T | Buy | 12/01/16 | K | | |
| 30. Royal Dutch Shell PLC A - ADR - Stock | A | Int./Div. | K | T | Buy | 12/01/16 | K | | |
| 31. Abbvie Inc - Stock | A | Int./Div. | K | T | Buy | 12/05/16 | K | | |
| 32. Chevron Corp - Stock | A | Int./Div. | K | T | Buy | 12/05/16 | K | | |
| 33. Cisco Systems Inc - Stock | A | Int./Div. | K | T | Buy | 12/05/16 | K | | |
| 34. JP Morgan Chase - Stock | A | Int./Div. | K | T | Buy | 12/05/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AT & T - Stock | A | Int./Div. | K | T | Buy | 12/07/16 | K | | |
| 36. Pepsico Incorporated - Stock | A | Int./Div. | K | T | Buy | 12/07/16 | K | | |
| 37. Philip Morris Intl Inc - Stock | A | Int./Div. | K | T | Buy | 12/07/16 | K | | |
| 38. Phillips 66 - Stock | A | Int./Div. | K | T | Buy | 12/07/16 | K | | |
| 39. Travelers Cos Inc - Stock | A | Int./Div. | K | T | Buy | 12/07/16 | K | | |
| 40. Blackrock Inc - Stock | A | Int./Div. | K | T | Buy | 12/08/16 | K | | |
| 41. Taiwan Semiconductor - SP ADR = Stock | A | Int./Div. | K | T | Buy | 12/08/16 | K | | |
| 42. International Paper Co - Stock | A | Int./Div. | K | T | Buy | 12/09/16 | K | | |
| 43. Amgen Inc - Stock | A | Int./Div. | K | T | Buy | 12/12/16 | K | | |
| 44. Lilly Eli & Company - Stock | A | Int./Div. | K | T | Buy | 12/13/16 | K | | |
| 45. Qualcomm Inc - Stock | A | Int./Div. | K | T | Buy | 12/13/16 | K | | |
| 46. Microchip Technology Inc - Stock | A | Int./Div. | K | T | Buy | 12/15/16 | K | | |
| 47. GNMA Pass Thru | | | | | | | | | |
| 48. Bank of America Accts (MM & Chng) | A | Interest | K | T | | | | | |
| 49. Christopher Weil IRA Acct | | | | T | | | | | |
| 50. Fidelity Cash Reserves MM | A | Dividend | K | T | | | | | |
| 51. Yacktman Fund (YACKX) Mutual Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. First Eagle High Yield Fund CL A - Mutual Fund | A | None | J | T | Sold | 09/22/16 | J | B | |
| 53. Ivy High Income Class Y (WHIYX) Mutual Fund | A | Dividend | J | T | Sold | 09/16/16 | J | B | |
| 54. Principal Mid Cap Inst (PCBIX) Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/24/16 | J | | |
| 55. TCW Emerging Mkts Income CL N (TGINX) Mutual Fund | A | Dividend | | T | Sold | 09/16/16 | J | A | |
| 56. Christopher Weil & Co Core CWCFX Mutual Fund | A | Dividend | L | T | | | | | |
| 57. Christopher Weil & Co Global Dividend (CWGDX) Mutual Fund | C | Dividend | | T | Sold | 11/22/16 | J | D | |
| 58. Principal Mid Cap Blend Fund Class A (PEMGX) Mutual Fund | A | Dividend | K | T | | | | | |
| 59. Hodges Small Cap Fund - Institutional HDSIX Mutual Fund | A | Dividend | K | T | | | | | |
| 60. First Eagle Global Class I SGIIX Mutual Fund | A | Dividend | K | T | | | | | |
| 61. Columbia Acorn Int'l Fund Class R5 Mutual Fund | A | Dividend | L | T | | | | | |
| 62. Fidelity Total Emerging Markets Fund FTEMX Mutual Fund | A | Dividend | L | T | | | | | |
| 63. | | Dividend | K | T | Buy (add'l) | 12/23/16 | K | | |
| 64. MFS Institutional Int'l Equity Fund - Mutual Fund | A | Dividend | K | T | | | | | |
| 65. MOO, ETF - Market Vectors - Agribusiness - Exchange Traded Fund | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 66. Mendon Financial Services Fund Class A - RMBKX Mutual Fund | A | Dividend | K | T | Buy | 09/23/16 | K | | |
| 67. BlackRock Health Sciences Opportunities Portfolio Investor A SHSAX MF | A | Dividend | K | T | Buy | 09/23/16 | K | | |
| 68. Weitz Ptrns Value Fund Investor Class WPVLX Mutual Fund | A | Dividend | K | T | Buy | 09/16/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust #1 Schwab Acct | | | | | | | | | |
| 70. Schwab Money Mkt Funds | | | | | | | | | |
| 71. San Mateo CO CA St Tax Rev 5.25% 06/01/2017 Municipal Bond | D | Interest | N | T | Sold | 08/24/16 | N | D | |
| 72. Southwestern CA CCD GO 5.25% 08/01/2017 -Municipal Bond | D | Interest | M | T | | | | | |
| 73. East Bay Mud CA Wtr Sys 5.00% 06/01/2019 Municipal Bond | C | Interest | M | T | | | | | |
| 74. LA CA Dept Wtr & Pwr 5.00% 07/01/2022 Municipal Bond | D | Interest | M | T | Sold | 11/02/16 | M | C | |
| 75. Napa CO CA Flood Impt RV 5.00% 06/15/2018 Municipal Bond | D | Interest | M | T | | | | | |
| 76. Sacramento CO CA Sani Dist FIN5.250% 12/01/2022 Auth RV Municipal Bond | D | Interest | N | T | | | | | |
| 77. Monterey Peninsula CA CCD GO 5.00% 08/01/2020 C18 Municipal Bond | D | Interest | N | T | | | | | |
| 78. CA ST GO 5.00% 10/01/2017 CC16 Municipal Bond | D | Interest | N | T | Sold | 03/30/16 | N | C | |
| 79. Sacramento CA MUD Elec RV C18 5.00% 08/15/2021 Municipal Bond | C | Interest | K | T | | | | | |
| 80. CA ST GO 5.00% 03/01/2019 Municipal Bond | B | Interest | L | T | | | | | |
| 81. Glendale CA USD GO 4.500% 09/01/2018 Municipal Bond | D | Interest | M | T | | | | | |
| 82. Los Rios CA Cmty Coll Dist GO 4.00% 08/01/2016 Municipal Bond | D | Interest | N | T | Sold | 04/13/16 | N | A | |
| 83. San Francisco CA PUC Wtr RV 4.00% 11/01/2017 CC16 Municipal Bond | D | Interest | M | T | Sold | 10/20/16 | M | A | |
| 84. San Francisco Ca PUC WTR RV 5.000% 11/01/2025 C21@100 Municipal Bond | D | Interest | N | T | | | | | |
| 85. Los Angeles CA Dept Wtr & Pwr RV 5.00% 07/01/2021 C21@100 Municipal Bo | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fremont CA USD GO Alameda C22 5.00% 08/01/2026 Municiipal Bond | D | Interest | M | T | | | | | |
| 87. Met Wtr Dist So CA RV C222@100 5.000% 10/01/2024 Municipal Bond | E | Interest | N | T | | | | | |
| 88. Bay Area Toll Auth CA RV 5.000% 04/01/2021 CC19 Municipal Bond | D | Interest | N | T | | | | | |
| 89. San Ramon Valley CA USD GO 4.000% 08/01/2019 Municipal Bond | D | Interest | M | T | | | | | |
| 90. University CA RV C22@100 5.000% 05/15/2024 Municipal Bond | D | Interest | N | T | | | | | |
| 91. Los Angeles, CA WTR Sys RV 5.000% 06/01/2023 Municipal Bond | D | Interest | M | T | | | | | |
| 92. CA ST GO 6.000% 04/01/2019 Municipal Bond | C | Interest | L | T | | | | | |
| 93. LA CA USD GO 5.00% 07/01/2013/25 Muncipal Bond | E | Interest | O | T | Sold | 04/24/13 | O | C | |
| 94. Bay Area Toll Auth CA RV 5.00% 04/01/2019 Municipal Bond | C | Interest | K | T | | | | | |
| 95. Sacramento CA MUD RV C22@100 5.000% 08/15/2025 Municipal Bond | C | Interest | M | T | | | | | |
| 96. Bay Area Toll Auth CA RV 5.000% 04/01/2019 Municipal Bond | D | Interest | N | T | | | | | |
| 97. CA Economic Recovery GO & RV 5.000% 07/01/2019 Municipal Bond | D | Interest | N | T | Sold | 04/21/15 | N | D | |
| 98. Twin Rivers CA USD GO C23@100 5.000% 08/01/2025 (BAM) Municipal B | C | Interest | M | T | | | | | |
| 99. CA ST GO 5.00% 10-01-2016/17 Municipal Bond | A | Interest | K | T | Sold | 03/30/16 | K | A | |
| 100. CA ST GO 5.000% 10-01-2020 Municipal Bond | D | Interest | N | T | | | | | |
| 101. CA Water Res Cent Valley PJ RV 4;000% 12-01-2020 Municipal Bond | D | Interest | N | T | Sold | 10/01/16 | J | A | |
| 102. LA CO CA Met Trnsp Sls Tax RV 5.000% 07-01-2021 Municipal Bond | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. CA ST GO 5.000% 10-01-2020 Municipal Bond | D | Interest | N | T | | | | | |
| 104. Cupertino CA USD GO 5.000% 08/01/2021 Municipal Bond | D | Interest | M | T | | | | | |
| 105. San Mateo Co CA JT PWR LS C24 5.000% 06/15/2026 CORR CTR Municipal Bo | D | Interest | M | T | | | | | |
| 106. Turlock CA Irrigation Dist C24 5.000% 01/01/2026 RV Municipal Bond | D | Interest | N | T | | | | | |
| 107. Sacramento CA MUD Elec RV C18 5.000% 08/15/2021 Municipal Bond | A | Interest | J | T | | | | | |
| 108. Los Angeles CA Airport RV 5.000% 05/15/2021 Municipal Bond | D | Interest | M | T | | | | | |
| 109. Sacramento CoCA Sani Dist FIN 5.250% 12/01/2022 AUTH RV Municipal Bon | C | Interest | L | T | | | | | |
| 110. CA PUB WKS Lease RV-Dept Corr 5.000% 09/01/2021 Municipal Bond | D | Interest | N | T | | | | | |
| 111. Los Angeles, Co CA RDA TX Alloc 5;000% 08/01/2029 C25 Long Bch Munic | D | Interest | M | T | | | | | |
| 112. CA PUB WKS Lease RV UNIV CA 5.000% 12-01-2021/2031 Municipal bond | D | Int./Div. | N | T | | | | | |
| 113. | B | Interest | K | T | Buy (add'l) | 12/01/16 | K | | |
| 114. CA ST UNIV RV C25@100 5.000% 11/01/2027 Municipal bond | D | Interest | N | T | | | | | |
| 115. CA ST GO 5.000% 10/01/2020 Municipal Bond | A | Interest | J | T | | | | | |
| 116. CA ST GO 5.000% 03/01/2019 Municipal Bond | B | Interest | L | T | | | | | |
| 117. Gilroy CA USD GO 6.000% 08/01/2019/25 (AGM) Municipal bond | D | Interest | M | T | | | | | |
| 118. CA STWD Community Dev Auth RV 5.00% 08-15-28 RAND Hos Muniicpal Bond | D | Interest | M | T | Buy | 03/15/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. CA PUB Works Lease RV-VAR PROJ 5.00% 11-01/2018 Municipal Bond | D | Interest | K | T | Buy | 03/30/16 | N | | |
| 120. Desert CMTY Colll Dist CA C26 5;00% 08-01-2029 Municipal Bond | D | Interest | M | T | Buy | 04/21/16 | M | | |
| 121. | A | Int./Div. | K | T | Buy (add'l) | 09/38/16 | K | | |
| 122. So CA PPA RV - ADELANTO PJ C26 5.00% 07-01-2026 Municipal Bond | C | Interest | M | T | Buy | 05/20/16 | M | | |
| 123. San Mateo CA UHSD GO C26@100 4.00% 09-01-2028 Municipal Bond | D | Interest | N | T | Buy | 08/24/16 | N | | |
| 124. San Franciso CA PUC COMM RV 5.250% 11-01-2019 Municipal Bond | A | Interest | M | T | Buy | 11/02/16 | M | | |
| 125. Sacramento CAFlood Ctrl Agy 5.000% 10-01-2029 ASSMT C26 Municipal B | A | Interest | M | T | Buy | 11/17/16 | M | | |
| 126. CA PUB WKS LEASE RV - DEPT CORR 5.000% 09-01-2021 Municipal Bond | A | Interest | K | T | Buy | 12/01/16 | K | | |
| 127. BofA | | | | | | | | | |
| 128. Bof A TX EX RSV ADV | | | | | | | | | |
| 129. BIF CA Municipal Money Mkt | | | | | | | | | |
| 130. Phoenix AZ GO Ref 544646G55 Municipal Bond | A | Interest | L | T | | | | | |
| 131. Napa Valley CA Cmty College GO 718814N69 Municipal Biond | B | Interest | L | T | Sold | 08/02/16 | L | A | |
| 132. Los Angeles CA Uni Sch Dist GO 544646ZV7 - Municipal Bond | A | Interest | L | T | | | | | |
| 133. Anaheim CA PUB Fing Auth LE REV 03255LGG8 - Municipal Boind | A | Interest | L | T | | | | | |
| 134. Alameda Cnty CA JT PWRS Auth Rev Bds 010831CR4 - Municipal Bond | A | Interest | L | T | | | | | |
| 135. Union City Calif CMNTY Redev A REF BDS dtd 11/12/15 4.000 due 10/01/ | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. CA ST DEPT WTR RES CEN WTR SYS REV BDS dtd 09/7/11 5.0000 due 12/01/1 | A | Interest | M | T | | | | | |
| 137. Salinas CA IN HIGH SCH DIST GO BDS dtd 11/23/15 5.000 due 08/09/19 | A | Interest | M | T | | | | | |
| 138. BALDWIN PARK CALIF UNI SCH DIS - Municipal Bond | B | Interest | M | T | Buy | 06/27/16 | M | | |
| 139. CALIFORNIA HEALTH FACS FING - Municipal Bond | A | Interest | L | T | Buy | 09/19/16 | M | | |
| 140. CALIFORNIA STATEWIDE CMTYS DE - Municipal Bond | B | Interest | M | T | Buy | 06/30/16 | M | | |
| 141. CAMPBELL CALIF JT PUB FIN AUTH - Municipal Bond | A | Interest | L | T | Buy | 08/03/16 | L | | |
| 142. LOS ANGELES CALIF CMNTY COLLEGE - Municipal Bond | A | Interest | L | T | Buy | 07/27/16 | L | | |
| 143. LOS ANGELES CALIF MUN IMPT COR - Municipal Bond | B | Interest | L | T | Buy | 07/21/16 | L | | |
| 144. OAKLAND CALIF UNI SCH DIST ALA - Municipal Bond | A | Interest | L | T | Buy | 08/17/16 | L | | |
| 145. PACIFIC GROVE CALIF UNI SCH - Municipal Bond | A | Interest | L | T | Buy | 08/04/16 | L | | |
| 146. UNIVERSITY CALIF REVS FOR PREV - Municipal Bond | B | Interest | M | T | Buy | 06/30/16 | M | | |
| 147. WESTERN MUN WTR DIST FACS - Municipal Bond | B | Interest | L | T | Buy | 09/01/16 | L | | |
| 148. Schwab 401(k) Account | | | | | | | | | |
| 149. Schwab Money Market (Core Money Market Fd) | | | | | | | | | |
| 150. DFA Int'l Value Fund - Mutual Fund | B | Dividend | J | T | Buy (add'l) | 01/26/16 | J | | |
| 151. | | Dividend | J | T | Buy (add'l) | 04/06/16 | J | | |
| 152. | | Dividend | M | T | Sold | 10/31/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 153. DFA US Large Cap Value Fund - Mutual Fund | C | Dividend | K | T | Buy (add'l) | 07/06/16 | K | | |
| 154. | | Dividend | N | T | Sold | 10/31/16 | N | F | |
| 155. iShares Russell 1000 Grwth Index - Mutual Fund | C | Dividend | N | T | Sold | 10/31/16 | N | G | |
| 156. DFA Emerg Mkts Core Equity - Mutual Fund | A | Dividend | L | T | Sold | 01/21/16 | L | A | |
| 157. DFA US Targeted Value Port - Mutual Fund | B | Dividend | J | T | Buy (add'l) | 01/26/16 | J | | |
| 158. | | Dividend | M | T | Sold | 10/31/16 | M | E | |
| 159. DFA Intl L//C Growth Port - Mutual Fund | B | Dividend | M | T | Sold | 10/31/16 | M | D | |
| 160. DFA Intl Small Cap Value Port - Mutual Fund | B | Dividend | J | T | Buy (add'l) | 04/06/16 | J | | |
| 161. | | Dividend | L | T | Sold | 10/31/16 | L | A | |
| 162. iShares Curr Hed MSCI EAFE ETF - Exchange Traded Fund | B | Dividend | J | T | Buy (add'l) | 01/26/16 | J | | |
| 163. | | Dividend | K | T | Buy (add'l) | 07/16/16 | K | | |
| 164. | | Dividend | L | T | Sold | 10/31/16 | L | C | |
| 165. iShares Curr HED MSCI EMU ETF - Exchange Traded Fund | A | Dividend | L | T | Buy | 01/26/16 | L | | |
| 166. | | Dividend | M | T | Sold | 06/30/16 | M | A | |
| 167. DFA US L/C Growth Port - Mutual Fund | B | Dividend | M | T | Sold | 10/31/16 | N | G | |
| 168. Cisco Systems - Stock | A | Int./Div. | K | T | Buy | 12/06/16 | K | | |
| 169. Metlife Inc - Stock | A | Int./Div. | K | T | Buy | 12/06/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Pfizer Inc. - Stock | A | Int./Div. | K | T | Buy | 12/06/16 | K | | |
| 171. Philip Morris Intl Inc - Stock | A | Int./Div. | K | T | Buy | 12/06/16 | K | | |
| 172. Royal Dutch Shell PLC A - ADR - Stock | A | Int./Div. | K | T | Buy | 12/06/16 | K | | |
| 173. Target Corp - Stock | A | Int./Div. | K | T | Buy | 12/06/16 | K | | |
| 174. Total SA - Spon ADR - Stock | A | Int./Div. | K | T | Buy | 12/06/16 | K | | |
| 175. | | Int./Div. | K | T | Buy (add'l) | 12/12/16 | K | | |
| 176. Verizon Communications - Stock | A | Int./Div. | K | T | Buy | 12/06/16 | K | | |
| 177. AT&T - Stock | A | Int./Div. | L | T | Buy | 12/07/16 | L | | |
| 178. General Electric Company - Stock | A | Int./Div. | K | T | Buy | 12/07/16 | K | | |
| 179. Microsoft Corp - Stock | A | Int./Div. | K | T | Buy | 12/07/16 | K | | |
| 180. PNC Financial Services Group - Stock | A | Int./Div. | K | T | Buy | 12/07/16 | K | | |
| 181. Qualcomm Inc. - Stock | A | Int./Div. | K | T | Buy | 12/07/16 | K | | |
| 182. Blackrock Inc. - Stock | A | Int./Div. | K | T | Buy | 12/08/16 | K | | |
| 183. Phillips 66 - Stock | A | Int./Div. | K | T | Buy | 12/08/16 | K | | |
| 184. Travelers Cos Inc. - Stock | A | Int./Div. | K | T | Buy | 12/08/16 | K | | |
| 185. Abbvie Inc - Stock | A | Int./Div. | L | T | Buy | 12/09/16 | L | | |
| 186. International Paper Co - Stock | A | Int./Div. | L | T | Buy | 12/09/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 187. Altria Group Inc - Stock | A | Int./Div. | L | T | Buy | 12/12/16 | L | | |
| 188. Boeing Company Stock | A | Int./Div. | K | T | Buy | 12/12/16 | K | | |
| 189. Johnson & Johnson - Stock | A | Int./Div. | K | T | Buy | 12/12/16 | K | | |
| 190. | | Int./Div. | K | T | Buy (add'l) | 12/16/16 | K | | |
| 191. Schlumberger LTD - Stock | A | Int./Div. | K | T | Buy | 12/12/16 | K | | |
| 192. Xilinx Inc - Stock | A | Int./Div. | K | T | Buy | 12/12/16 | K | | |
| 193. Lilly Eli & Company - Stock | A | Int./Div. | K | T | Buy | 12/13/16 | K | | |
| 194. Microchip Technology Inc. - Stock | A | Int./Div. | K | T | Buy | 12/13/16 | K | | |
| 195. Pepsico Incorporated | A | Int./Div. | K | T | Buy | 12/13/16 | K | | |
| 196. JPMorgan Chase & Co - Stock | A | Int./Div. | K | T | Buy | 12/14/16 | K | | |
| 197. Taiwan Semiconductor - SP ADR - Stock | A | Int./Div. | K | T | Buy | 12/14/16 | K | | |
| 198. United Parcel Serviced - CL B - Stock | A | Int./Div. | K | T | Buy | 12/15/16 | K | | |
| 199. Chevvron Corp - Stock | A | Int./Div. | K | T | Buy | 12/16/16 | K | | |
| 200. Amgen Inc - Stock | A | Int./Div. | K | T | Buy | 12/19/16 | K | | |
| 201. Wells Fargo & Company - Stock | A | Int./Div. | K | T | Buy | 12/20/16 | K | | |
| 202. GENTER ADVISORS (SCHWAB) DFA IRA #2 | | | | | | | | | |
| 203. DFA US Large Cap Value Fund - Mutual Fund | D | Dividend | L | T | Buy (add'l) | 01/26/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | D | Dividend | O | T | Sold | 10/12/16 | O | G | |
| 205. ishares Russell 1000 Grwth IDX - Mutual Fund | C | Dividend | M | T | Sold | 10/12/16 | N | G | |
| 206. DFA Int'l Value Fund - Mutual Fund | C | Dividend | M | T | Sold | 10/12/16 | M | A | |
| 207. DFA Emeg Mkts Core Equity - Mutual Fund | A | Dividend | L | T | Sold | 01/21/16 | L | A | |
| 208. US Targeted Value Port - Mutual Fund | B | Dividend | M | T | Sold | 10/12/16 | N | F | |
| 209. DFA Intl Small Cap Value Port - Mutual Fund | C | Dividend | N | T | Sold | 10/12/16 | M | A | |
| 210. DFA US Large Cap Value - Mutual Fund | D | Dividend | | T | Buy (add'l) | 07/06/16 | L | | |
| 211. | | Dividend | N | T | Sold | 10/12/16 | O | G | |
| 212. Ishares Curr Hed MSCI EMU ETF - Exchange Traded Fund | A | Dividend | L | T | Buy (add'l) | 01/26/16 | L | | |
| 213. | | Dividend | M | T | Sold | 06/30/16 | M | A | |
| 214. DFA US L/C Growth - Mutual Fund | C | Dividend | M | T | Sold | 10/12/16 | M | D | |
| 215. ishares Curr Hed MSCI EAFE ETF - Exhange Traded Fund | C | Dividend | K | T | Buy (add'l) | 07/06/16 | K | | |
| 216. | | Dividend | M | T | Sold | 10/12/16 | M | C | |
| 217. BANK OF AMERICA/U.S. Trust IRA #3 | | | | | | | | | |
| 218. Fleet Cap TV111 7.20% 3/15/2032 Cusip | | | | | | | | | |
| 219. ISHARES COHEN & STEERS REIT ETF - Exxchange Traded Fund | A | Dividend | J | | | | | | |
| 220. ISHARES CORE S&P 500 ETF Exchange Traded Fund | A | Dividend | L | T | Buy (add'l) | 12/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | A | Dividend | K | T | Sold (part) | 04/20/16 | L | D | |
| 222. ISHARES NASDAQ BIOTECHNOLOGY ETF Exchange Traded Fund | A | Dividend | J | T | Sold | 12/29/16 | J | B | |
| 223. POWERSHARES WATER RESOURCES | A | Dividend | K | T | Sold | 12/01/14 | K | B | |
| 224. SLECT SECTOR SPDR TR FINANCIAL | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 225. | A | Dividend | J | T | Sold (part) | 12/17/16 | J | A | |
| 226. VANGUARD DIVIDEND APPRECIATION | A | Dividend | K | T | Sold | 09/08/14 | J | C | |
| 227. VANGUARD FTSE DEVELOPED MARKETS | A | Dividend | J | T | Sold | 04/08/14 | J | A | |
| 228. VANGUARD MID-CAP ETF- Exchange Traded Funds | A | Dividend | L | T | Sold | 02/02/16 | K | B | |
| 229. | A | Dividend | J | T | Sold | 02/26/16 | J | A | |
| 230. | A | Dividend | J | T | Sold | 03/15/16 | J | A | |
| 231. | A | Dividend | J | T | Sold | 11/28/16 | J | B | |
| 232. VANGUARD SMALL-CAP ETF - Exchange Traded Funds | A | Dividend | K | T | Sold | 03/15/16 | J | A | |
| 233. | A | Dividend | J | T | Sold | 11/28/16 | J | B | |
| 234. WISDOMTREE JAPAN HEDGED EQUITY - Mutual fund | A | Dividend | J | T | Buy (add'l) | 12/29/16 | J | | |
| 235. | A | Dividend | J | T | Sold (part) | 03/15/16 | J | A | |
| 236. Invesco Intl Growth Fund CL Y Mutual Fund | A | Dividend | K | T | Sold | 02/09/16 | K | A | |
| 237. WISDOMTREE EUROPE HEDGED EQUITY FUND - Mutual Fund | A | Dividend | J | T | Buy | 12/29/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. Cullen High Dividend Equity Fund CL 1 CHDVX - Mutual Fund | B | Dividend | K | T | Buy (add'l) | 02/09/16 | K | | |
| 239. | | Dividend | J | T | Sold | 12/27/16 | L | C | |
| 240. iShares Russell 1000 Growth ETF IWF | | | | | Buy | 02/23/15 | K | | |
| 241. Metro West T/R BD CL 1 MWTI X- Mutual Fund | A | Dividend | J | T | Buy (add'l) | 03/18/16 | J | | |
| 242. | | Dividend | J | T | Sold (part) | 12/27/16 | J | A | |
| 243. Doubleline Total Return BD Fund CL 1 DBLT X - Mutual Fund | A | Dividend | J | T | Buy (add'l) | 03/18/16 | K | | |
| 244. | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 245. | | Dividend | J | T | Sold (part) | 05/16/16 | K | A | |
| 246. | | Dividend | J | T | Sold | 07/08/16 | K | A | |
| 247. iShares Currency Hedged MSCI Eurozone ETF HEZU - Exchange Traded Fund | A | Dividend | J | T | Sold | 12/23/16 | J | A | |
| 248. iShares Edge MSCI Min Vol - Mutual Fund | A | Dividend | J | T | Sold | 12/29/16 | J | A | |
| 249. Doubleline Core Fixed Income Mutual Fund | A | Dividend | K | T | Buy | 05/16/16 | K | | |
| 250. | | Dividend | K | T | Buy (add'l) | 07/29/16 | K | | |
| 251. Facebook Inc. Stock | A | Int./Div. | J | T | Buy | 12/20/16 | J | | |
| 252. Market Vectors Gold Minders Exchange Traded Fund | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 253. | | Dividend | J | T | Sold | 12/16/16 | J | A | |
| 254. SPDR Gold Tr Exchange Traded Fund | A | Dividend | J | T | Buy | 05/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | Dividend | J | T | Buy (add'l) | 07/13/16 | J | | |
| 256. | | | Dividend | J | T | Sold | 12/29/16 | J | A | |
| 257. iShares Core S&P Mid Cap Mutual Fund | | A | Dividend | J | T | Buy | 11/28/16 | J | | |
| 258. | | | Dividend | J | T | Buy (add'l) | 12/29/16 | J | | |
| 259. ishares S&P Midcap 400 Value - Mutual Fund | | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 260. CEF iShares Core S&P Small-Cap - Mutual Fund | | A | Dividend | J | T | Buy | 11/28/16 | J | | |
| 261. | | | Dividend | J | T | Buy (add'l) | 12/29/16 | J | | |
| 262. iShares S&P Smallcap 600 Value - Mutual Fund | | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 263. iShares MSCI India ETF - Exchange Traded Fund | | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 264. | | | Dividend | J | T | Sold | 12/29/16 | J | A | |
| 265. Pimco Commodity Real Return - Mutual Fund | | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 266. | | | Dividend | J | T | Buy (add'l) | 06/09/16 | J | | |
| 267. iShares Silver - Exchange Traded Fund | | | Dividend | J | T | Buy | 05/13/16 | J | | |
| 268. | | | Dividend | J | T | Buy (add'l) | 07/13/16 | J | | |
| 269. | | | Dividend | J | T | Sold | 12/20/16 | J | A | |
| 270. Vanguard Value Mutual Fund | | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 271. Select Sector SPDR TR Engery - Exchange Traded Fund | | A | Dividend | J | T | Buy | 12/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. Market Vectors Gold Miners ETF Exchange Traded Fund | A | Dividend | J | T | Buy | 04/22/16 | J | | |
| 273. Fidelity Government Portfolio | A | Int./Div. | J | T | | | | | |
| 274. IShares Edge MSCI MIN VOL | A | Dividend | J | T | Buy | 08/01/13 | J | | |
| 275. | A | Dividend | J | T | Buy (add'l) | 09/23/13 | J | | |
| 276. | A | Dividend | J | T | Buy (add'l) | 09/24/13 | J | | |
| 277. | A | Dividend | J | T | Buy (add'l) | 10/07/13 | J | | |
| 278. | A | Dividend | J | T | Sold | 12/29/16 | J | A | |
| 279. Vanguard Mid-Cap ETF | A | Dividend | J | T | Buy | 08/01/13 | J | | |
| 280. | A | Dividend | J | T | Buy (add'l) | 08/08/13 | J | | |
| 281. | A | Dividend | J | T | Buy (add'l) | 08/19/13 | J | | |
| 282. | A | Dividend | J | T | Buy (add'l) | 09/09/13 | J | | |
| 283. | A | Dividend | J | T | Buy (add'l) | 09/16/13 | J | | |
| 284. | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 285. | A | Dividend | J | T | Buy (add'l) | 04/08/14 | J | | |
| 286. | A | Dividend | J | T | Sold (part) | 02/02/16 | J | A | |
| 287. | A | Dividend | J | T | Sold (part) | 02/26/16 | J | A | |
| 288. | A | Dividend | J | T | Sold (part) | 03/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | A | Dividend | J | T | Sold | 11/28/16 | J | A | |
| 290. Vanguard Small Cap ETF | A | Dividend | J | T | Buy | 08/01/13 | J | | |
| 291. | A | Dividend | J | T | Buy (add'l) | 08/08/13 | J | | |
| 292. | A | Dividend | J | T | Buy (add'l) | 08/18/13 | J | | |
| 293. | A | Dividend | J | T | Buy (add'l) | 09/09/13 | J | | |
| 294. | A | Dividend | J | T | Buy (add'l) | 09/16/13 | J | | |
| 295. | A | Dividend | J | T | Sold (part) | 03/15/16 | J | A | |
| 296. | A | Dividend | J | T | Sold | 11/28/16 | J | A | |
| 297. SCHWAB TRUST C | | | | | | | | | |
| 298. Intel Corporation - Stock | D | Dividend | M | T | | | | | |
| 299. | A | Dividend | K | T | Sold (part) | 11/01/16 | K | D | |
| 300. Pepsico Incorporated - Stock | C | Dividend | M | T | | | | | |
| 301. | B | Dividend | K | T | Sold (part) | 09/09/16 | K | E | |
| 302. United Parcel Service - CL B - Stock | C | Dividend | M | T | | | | | |
| 303. Schlumberger Ltd - Stock | B | Dividend | L | T | | | | | |
| 304. Verizon Communications - Stock | D | Dividend | M | T | | | | | |
| 305. | | Dividend | | T | Sold (part) | 08/17/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. Emerson Electric Company - Stock | A | Dividend | K | T | | | | | |
| 307. Schlumberger Ltd - Stock | C | Dividend | M | T | Buy | 10/10/16 | K | | |
| 308. Emerson Electric Company - Stock | B | Dividend | L | T | | | | | |
| 309. Bank of New York Mellon - Stock | A | Dividend | K | T | Sold (part) | 05/19/16 | L | D | |
| 310. Bank of New York Mellon - Stock | C | Dividend | M | T | | | | | |
| 311. | A | Dividend | K | T | Sold (part) | 05/18/16 | K | D | |
| 312. Oracle Corp - Stock | C | Dividend | M | T | | | | | |
| 313. Gilead Sciences Inc - Stock | B | Dividend | L | T | | | | | |
| 314. PNC Financial Services Group - Stock | D | Dividend | N | T | | | | A | |
| 315. Illinois Tool Works - Stock | C | Dividend | M | T | | | | | |
| 316. | B | Dividend | K | S | Sold (part) | 08/24/16 | L | E | |
| 317. Newfield Exploration Co - Stock | B | Dividend | M | T | | | | | |
| 318. Blackrock Inc - Stock | D | Dividend | N | T | | | | | |
| 319. Molson Coors Brewing - CL B - Stock | B | Dividend | M | T | | | | | |
| 320. Myriad Genetics Inc. - Stock | B | Dividend | L | T | Sold | 08/12/16 | L | A | |
| 321. Taiwan Semiconductor - SP ADR - Stock | C | Dividend | M | T | | | | | |
| 322. | B | Dividend | L | T | Sold (part) | 09/13/16 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. Noble Energy - Stock | B | Dividend | M | T | | | | | |
| 324. | | Dividend | K | T | Buy (add'l) | 01/22/16 | K | | |
| 325. | | Dividend | K | T | Buy (add'l) | 09/26/16 | K | | |
| 326. | | Dividend | K | T | Buy (add'l) | 11/12/16 | K | | |
| 327. Abbvie Inc. - Stock | D | Dividend | M | T | | | | | |
| 328. XILINX Inc. - Stock | C | Dividend | M | T | | | | | |
| 329. Tyson Foods Inc. - CL A - Stock | B | Dividend | M | T | | | | | |
| 330. | | Dividend | K | T | Sold (part) | 09/26/16 | L | E | |
| 331. | | Dividend | L | T | Buy (add'l) | 11/28/16 | L | | |
| 332. Kansas City Southern - Stock | B | Dividend | M | T | Sold | 11/21/16 | M | A | |
| 333. Teva Pharmaceutical - ADR - Stock | C | Dividend | M | T | | | | | |
| 334. | | Dividend | K | T | Buy (add'l) | 05/02/16 | K | | |
| 335. | | Int./Div. | L | T | Sold (part) | 10/24/16 | K | A | |
| 336. | | Dividend | K | T | Sold | 12/16/16 | K | A | |
| 337. Scripps Networks Inter- CL A - Stock | A | Dividend | M | T | Sold | 01/15/16 | M | A | |
| 338. Baxalta Inc - Stock | A | Dividend | K | T | Merged (with line 339) | 06/06/16 | J | | |
| 339. Shire PLC - ADR - Stock | A | Dividend | J | T | Sold (part) | 06/06/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. | A | Dividend | L | T | Sold | 07/08/16 | L | A | |
| 341. Citigroup Inc. - Stock | B | Dividend | M | T | | | | | |
| 342. | | Dividend | K | T | Buy (add'l) | 02/12/16 | K | | |
| 343. | | Dividend | L | T | Buy (add'l) | 08/30/16 | L | | |
| 344. Diplomat Pharmacy Inc - Stock | A | Dividend | L | T | Sold | 11/07/16 | K | A | |
| 345. Lilly Eli & Company - Stock | B | Dividend | K | T | Sold (part) | 11/01/16 | K | A | |
| 346. | | Dividend | L | T | Sold | 12/15/16 | L | A | |
| 347. Harman International- Stock | B | Dividend | L | T | | | | | |
| 348. | | Dividend | K | T | Buy (add'l) | 02/22/16 | K | | |
| 349. Microsoft Corp - Stock | B | Dividend | L | T | Buy | 06/29/16 | L | | |
| 350. | | Dividend | L | T | Buy (add'l) | 07/15/16 | L | | |
| 351. Discovery Commuhications - C - Stock | A | Dividend | K | T | Buy | 07/26/16 | L | | |
| 352. | | Dividend | L | T | Buy (add'l) | 08/15/16 | L | | |
| 353. Lowes Companies Inc. - Stock | A | Dividend | L | T | Buy | 08/17/16 | L | | |
| 354. | | Dividend | K | T | Buy (add'l) | 09/15/16 | L | | |
| 355. Qualcomm Inc - Stock | A | Dividend | L | T | Buy | 09/15/16 | L | | |
| 356. | | Dividend | K | T | Buy (add'l) | 10/10/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. International Paper Co - Stock | A | Dividend | L | T | Buy | 12/01/16 | L | | |
| 358. Walgreen Boots Alliance Inc - Stock | A | Dividend | L | T | Buy | 12/16/16 | L | | |
| 359. Metlife Inc - Stock | A | Dividend | L | T | Buy | 12/20/16 | L | | |
| 360. SCHWAB TRUST D | | | | | | | | | |
| 361. Altria Group Inc - Stock | D | Dividend | N | T | | | | | |
| 362. Bank of New York Mellon Corp - Stock | D | Dividend | N | T | | | | | |
| 363. Intel Corporation - Stock | D | Dividend | M | T | | | | | |
| 364. | | Dividend | K | T | Sold (part) | 06/30/16 | L | E | |
| 365. Pepsico Incorporated - Stock | D | Dividend | N | T | | | | | |
| 366. Johnson & Johnson - Stock | D | Dividend | L | T | Sold | 03/30/16 | M | F | |
| 367. Philip Morris Intl Inc - Stock | D | Dividend | M | T | | | | | |
| 368. Taiwan Semiconductor - SP ADR - Stock | D | Dividend | N | T | | | | | |
| 369. Eastman Chemical Company - Stock | B | Dividend | L | T | | | | | |
| 370. Chevron Corp - Stock | D | Dividend | N | T | | | | | |
| 371. | | Dividend | L | T | Buy (add'l) | 10/10/16 | L | | |
| 372. Microchip Technology Inc - Stock | D | Dividend | N | T | | | | | |
| 373. VF Corporation - Stock | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. Bristol-Myers Squibb Co - Stock | D | Dividend | M | T | | | | | |
| 375. Genuine Parts Co - Stock | D | Dividend | M | T | | | | | |
| 376. Verizon Communications - Stock | E | Dividend | N | T | | | | | |
| 377. United Parcel Services - CL B - Stock | D | Dividend | M | T | | | | | |
| 378. Emerson Electric Company - Stock | C | Dividend | M | T | | | | | |
| 379. PPG Industries - Stock | C | Dividend | M | T | | | | | |
| 380. Total SA SPON ADR - Stock | D | Dividend | M | T | | | | | |
| 381. | | Dividend | K | T | Buy (add'l) | 04/12/16 | K | | |
| 382. Merck & Company - Stock | D | Dividend | M | T | | | | | |
| 383. Applied Materials Inc - Stock | C | Dividend | M | T | | | | | |
| 384. Molson Coors Brewing Co - B - Stock | C | Dividend | M | T | | | | | |
| 385. | | Dividend | L | T | Sold (part) | 01/16/16 | M | F | |
| 386. PNC Financial Services Group - Stock | D | Dividend | N | T | | | | | |
| 387. Illinois Tool Works - Stock | C | Dividend | M | T | | | | | |
| 388. | | Dividend | L | T | Sold (part) | 07/20/16 | M | F | |
| 389. | | Dividend | K | T | Sold (part) | 08/24/16 | L | E | |
| 390. Blackrock Inc - Stock | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. Pfizer Inc - Stock | D | Dividend | M | T | | | | | |
| 392. Zilinx Inc - Stock | D | Dividend | M | T | | | | | |
| 393. Abbvie Inc. - Stock | D | Dividend | M | T | | | | | |
| 394. Phillips 66 - Stock | D | Dividend | M | T | | | | | |
| 395. | | Dividend | K | T | Buy (add'l) | 09/15/16 | K | | |
| 396. Schlumberger LTD - Stock | C | Dividend | M | T | | | | | |
| 397. Lilly Eli & Company - Stock | B | Dividend | L | T | Sold | 12/15/16 | L | A | |
| 398. Qualcomm Inc. - Stock | D | Dividend | N | T | | | | | |
| 399. | | Dividend | L | T | Buy (add'l) | 02/12/16 | L | | |
| 400. | | Dividend | K | T | Buy (add'l) | 05/20/16 | K | | |
| 401. Microsoft Corp - Stock | B | Dividend | L | T | Buy | 06/29/16 | L | | |
| 402. | | Dividend | L | T | Buy (add'l) | 07/19/16 | L | | |
| 403. Teva Pharmaceutical - ADR - Stock | C | Dividend | M | T | Buy | 05/09/16 | M | | |
| 404. | | Dividend | L | T | Buy (add'l) | 08/01/16 | L | | |
| 405. | | Dividend | M | T | Sold | 12/15/16 | M | A | |
| 406. Royal Dutch Shell PLC A - ADR - Stock | A | Dividend | M | T | Buy | 12/16/16 | M | | |
| 407. CHRISTOPHER WEIL TRUST | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. Regional Housing Fund 2 LLC - Limited Liability Company | E | Int./Div. | L | T | | | K | | |
| 409. CWC Health Tech Fund I, LLC | A | Int./Div. | L | T | | | | | |
| 410. Bank of America U.S. TRUST - TRUST PL | | | | | | | | | |
| 411. BofA CA Tax-Exempt Reserves | | | | | | | | | |
| 412. CA St Var Pup GO &GO Ref BDS Dtd 9/28/11 04.400 due 09/01/20 | A | Interest | L | T | | | | | |
| 413. CA ST Pub Wks Brd Leas Rev BDS Dtd 11/29/11 03.00 | A | Interest | L | T | | | | | |
| 414. CA ST DEPT WTR RES PWR REV BDS DTD 10/20/10 04.000 | B | Interest | L | T | | | | | ` |
| 415. LA CA Uni Sch Dist Ref BDS DTD 11/01/11 04.000 | A | Interest | L | T | | | | | |
| 416. Nevada IRR DIST JT PWRS AUTH Ca REV BDS DTD 12/11/11 04.000 | B | Interest | L | T | | | | | |
| 417. San Elijo CA JT PWRS AUTH REF BDS DTD 12/21/11 04.000 | A | Interest | L | T | | | | | |
| 418. Chevron Corp (COM) (cvx) Stock | A | Dividend | J | T | Sold (part) | 01/13/16 | J | A | |
| 419. | A | Dividend | J | T | Sold (part) | 03/03/16 | J | A | |
| 420. | A | Dividend | J | T | Buy (add'l) | 12/05/16 | J | | |
| 421. | A | Dividend | J | T | Sold (part) | 12/20/16 | J | A | |
| 422. Cisco Sys Inc Com (CSCO) Stock | A | Dividend | J | T | Sold (part) | 01/13/16 | J | A | |
| 423. | A | Dividend | J | T | Buy (add'l) | 03/03/16 | J | | |
| 424. | A | Dividend | J | T | Sold (part) | 04/21/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. | A | Dividend | J | T | Buy (add'l) | 05/12/16 | J | | |
| 426. | A | Dividend | J | T | Buy (add'l) | 05/27/16 | J | | |
| 427. | A | Dividend | J | T | Sold (part) | 07/05/16 | J | A | |
| 428. | A | Dividend | J | T | Buy (add'l) | 08/29/16 | J | | |
| 429. | A | Dividend | J | T | Buy (add'l) | 12/05/16 | J | | |
| 430. | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 431. | A | Dividend | J | T | Buy (add'l) | 12/28/16 | J | | |
| 432. Microsoft Corp Com (MSFT) Stock | A | Dividend | J | T | Sold (part) | 05/12/16 | J | A | |
| 433. | A | Dividend | J | T | Buy (add'l) | 12/05/16 | J | | |
| 434. | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 435. Wal-Mart Stores Inc Com (WMT) | A | Dividend | J | T | | | | | |
| 436. Brep VII Commercial Real Estate | A | Dividend | K | T | Buy (add'l) | 01/29/16 | K | | |
| 437. | | Dividend | K | T | Buy (add'l) | 02/05/16 | K | | |
| 438. | | Dividend | K | T | Buy (add'l) | 07/21/16 | K | | |
| 439. Brep Europe IV Real Estate Trust | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 440. | | Dividend | J | T | Buy (add'l) | 01/29/16 | J | | |
| 441. Accenture PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. Altria Group Inc | A | Dividend | J | T | | | | | |
| 443. Apache Corp | A | Dividend | J | T | Sold | 01/13/16 | J | A | |
| 444. | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 445. | A | Dividend | J | T | Buy (add'l) | 12/05/16 | J | | |
| 446. Apple Inc | A | Dividend | J | T | Sold (part) | 01/13/16 | J | A | |
| 447. | A | Dividend | J | T | Buy (add'l) | 03/03/16 | J | | |
| 448. | A | Dividend | J | T | Sold (part) | 04/21/16 | J | A | |
| 449. | A | Dividend | J | T | Sold (part) | 05/12/16 | J | A | |
| 450. | A | Dividend | J | T | Buy (add'l) | 05/12/16 | J | | |
| 451. | A | Dividend | J | T | Sold (part) | 05/31/16 | J | A | |
| 452. | A | Dividend | J | T | Buy (add'l) | 07/05/16 | J | | |
| 453. | A | Dividend | J | T | Sold (part) | 08/29/16 | J | A | |
| 454. | A | Dividend | J | T | Buy (add'l) | 10/13/16 | J | | |
| 455. | A | Dividend | J | T | Buy (add'l) | 12/0516 | J | | |
| 456. Astrazeneca PLC | A | Dividend | J | T | | | | | |
| 457. AT&T INC | A | Dividend | J | T | | | | | |
| 458. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. Barrick Gold Corp | A | Dividend | J | T | | | | | |
| 460. Baxter Intl Inc | A | Dividend | J | T | | | | | |
| 461. BCE INC | A | Dividend | J | T | | | | | |
| 462. BHP BILLITON LTD | A | Dividend | J | T | | | | | |
| 463. | | | | | | | | | |
| 464. BOEING CO | A | Dividend | J | T | | | | | |
| 465. | | | | | | | | | |
| 466. COLUMBIA SELECT LARGE CAP GROWTH | A | Dividend | L | T | Sold (part) | 11/30/16 | L | B | |
| 467. | C | Dividend | N | T | Sold | 12/08/16 | N | E | |
| 468. CONOCOPHILLIPS | A | Dividend | J | T | | | | | |
| 469. CORNING INC | A | Dividend | J | T | | | | | |
| 470. DEERE & CO | A | Dividend | J | T | | | | | |
| 471. DEVON ENERGY CORP NEW | A | Dividend | J | T | | | | | |
| 472. DIAGEO PLC | A | Dividend | J | T | | | | | |
| 473. DIAMOND OFFSHORE DRILLING INC | A | Dividend | J | T | | | | | |
| 474. DISCOVER FINL SVCS | A | Dividend | J | T | | | | | |
| 475. DOMINION RES INC VA NEW | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. DR PEPPER SNAPPLE INC | A | Dividend | J | T | | | | | |
| 477. DU PONT E I DE NEMOURS & CO | B | Dividend | J | T | | | | | |
| 478. EMC CORP | B | Dividend | J | T | | | | | |
| 479. EMERSON ELEC CO | A | Dividend | J | T | | | | | |
| 480. EXELON CORP | A | Dividend | J | T | | | | | |
| 481. EXPRESS SCRIPTS HLDG CO | A | Dividend | J | T | | | | | |
| 482. EXXON MOBIL CORP | A | Dividend | J | T | | | | | |
| 483. GENERAL ELEC CO | A | Dividend | J | T | | | | | |
| 484. GENUINE PARTS CO | A | Dividend | J | T | | | | | |
| 485. GLAXOSMITHKLINE PLC | A | Dividend | J | T | | | | | |
| 486. HCP INC | B | Dividend | J | T | | | | | |
| 487. HEALTH CARE REIT INC | A | Dividend | J | T | | | | | |
| 488. HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 489. HSBC HLDGS PLC | A | Dividend | J | T | | | | | |
| 490. INTEL CORP | A | Dividend | J | T | | | | | |
| 491. INTERNATIONAL BUSINESS MACHS | A | Dividend | J | T | | | | | |
| 492. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493. KIMBERLY CLARK CORP | A | Dividend | J | T | | | | | |
| 494. KINDER MORGAN MGMT LLC | A | Dividend | J | T | | | | | |
| 495. LILLY ELI & CO | A | Dividend | J | T | | | | | |
| 496. MACK CALI RLTY CORP | A | Dividend | J | T | | | | | |
| 497. MEDTRONIC INC | A | Dividend | J | T | | | | | |
| 498. MERCK & CO INC. | A | Dividend | J | T | | | | | |
| 499. METLIFE INC | A | Dividend | J | T | | | | | |
| 500. MFS VALUE FUND | A | Dividend | J | T | | | | | |
| 501. MOL.SON COORS BREWING CO | A | Dividend | J | T | | | | | |
| 502. NEXTERA ENERGY INC | A | Dividend | J | T | | | | | |
| 503. PEPSICO INC | B | Dividend | J | T | | | | | |
| 504. PHILIP MORRIS INL INC | A | Dividend | J | T | | | | | |
| 505. PNC FINL SVCS GROUP INC | A | Dividend | J | T | | | | | |
| 506. POWERSHARES WATER RESOURCES | A | Dividend | J | T | | | | | |
| 507. PROCTER & GAMBLE CO | A | Dividend | J | T | | | | | |
| 508. RAYTHEON CO | A | Dividend | J | T | | | | | |
| 509. ROCHE HLDG LTD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510. ROYAL DUTCH SHELL PLC | A | Dividend | J | T | | | | | |
| 511. SIGMA ALDRICH CORP | A | Dividend | J | T | | | | | |
| 512. SMUCKER J M CO | A | Dividend | J | T | | | | | |
| 513. SUNTRUST BKS INC | A | Dividend | J | T | | | | | |
| 514. TAIWAN SEMICONDUCTOR MFG LTD | A | Dividend | J | T | | | | | |
| 515. UNILEVER N V | A | Dividend | J | T | | | | | |
| 516. VISA INC | A | Dividend | J | T | | | | | |
| 517. VODAFONE GROUP PLC | A | Dividend | J | T | | | | | |
| 518. ZOETIS INC | A | Dividend | J | T | | | | | |
| 519. American Wtr WKS CO Inc New Com (AWK) | A | Dividend | K | T | | | | | |
| 520. iShares NASDAQ Biotechnology ETF | A | Dividend | J | T | | | | | |
| 521. COLUMBIA AMT-FREE CALIFORNIA INTERMEDIATE MUNI BOND FUND CL Z | A | Dividend | M | T | | | | | |
| 522. CO9LUMBIA SMALL CAP INDEX FUND CLASS Z SHARES | A | Dividend | K | T | | | | | |
| 523. WISDOMTREE EUROPE HEDGED EQUITY FUND | B | Dividend | L | T | | | | | |
| 524. BRE[ EIRP[E OV REA; ESTATE TRUST CLASS A | A | Dividend | K | T | | | | | |
| 525. BREP VII COMMERCIAL REAL ESTATE TRUST A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 526. COLUMBIA AMT-FREE CALIFORNIA INTERMEDIATE MUNI BOND FUN CL Z | A | Dividend | K | T | | | | | |
| 527. SELECT SECTOR SPDR TR FINANCIAL SHS BEN INT | A | Dividend | J | T | | | | | |
| 528. VAMGIARD FTSE DEVELOPED MARKETS ETF | A | Dividend | M | T | | | | | |
| 529. ISHARES CURRENCY HEDGED MSCI EUROZONE EF | A | Dividend | M | T | | | | | |
| 530. ISHARES MSCI EMERGING MKTS MIN VOL ETF | A | Dividend | K | T | | | | | |
| 531. ISHARES CORE S&P MID CAP ETF | A | Dividend | M | T | | | | | |
| 532. CEF ISHARES CORE S&P SMALL CAP | A | Dividend | K | T | | | | | |
| 533. ISHARES TR MSCI EAFE MIN VOL INDEX FUND | A | Dividend | M | T | | | | | |
| 534. Bank of America U.S TRUST Trust SCH-LCV-▨▨▨▨ | | | | | | | | | |
| 535. Astrazeneca PLC - Stock | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 536. | A | Dividend | J | T | Buy (add'l) | 04/21/16 | J | | |
| 537. Boeing Co Com - Stock | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 538. | A | Dividend | J | T | Buy (add'l) | 04/01/16 | J | | |
| 539. | A | Dividend | J | T | Buy (add'l) | 04/21/16 | J | | |
| 540. Exxon Mobil Corp Com - Stock | A | Dividend | J | T | | | | | |
| 541. Ace Ltd Com Switzerland - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 542. | A | Dividend | J | T | | | | | |
| 543. Johnson Ctls Inc - Stock | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 544. | | Dividend | J | T | Sold | 09/22/16 | J | A | |
| 545. Johnson Controls Intl PLC - Stock | A | Dividend | J | T | Buy | 09/02/16 | J | A | |
| 546. | | Dividend | J | T | Sold (part) | 10/18/16 | J | A | |
| 547. | A | Dividend | J | T | Buy (add'l) | 11/17/16 | J | | |
| 548. | A | Dividend | J | T | Buy (add'l) | 10/18/16 | J | | |
| 549. Adient PLC - Stock | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 550. | | Dividend | J | T | Buy | 12/30/16 | J | A | |
| 551. Novartis - Stock | A | Dividend | J | T | | 11/18/16 | J | | |
| 552. Bank of America U.S. Trust TRUST EIC-MTV | | | | | | | | | |
| 553. Charles Schwab Corp New- Stock | A | Dividend | J | T | Sold (part) | 11/28/16 | J | B | |
| 554. Microsoft Corp - Stock | A | Dividend | J | T | | | | | |
| 555. Johnson & Johnson - Stock | A | Dividend | J | T | | | | | |
| 556. Exelon Corp Com - Stock | A | Dividend | J | T | Sold (part) | 04/01/16 | J | A | |
| 557. EBay Inc - Stock | A | Dividend | J | T | Sold (part) | 08/11/16 | J | A | |
| 558. Baxter Intl Inc Com- Stock | A | Dividend | J | T | Sold (part) | 06/06/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. | A | Dividend | J | T | Sold (part) | 11/02/16 | J | A | |
| 560. Chevron Corp - Stock | A | Dividend | J | T | Sold (part) | 11/18/16 | J | B | |
| 561. | A | Dividend | J | T | Sold | 12/05/16 | J | A | |
| 562. Cisco Sys Inc - Stock | A | Dividend | J | T | | | | | |
| 563. Express Scripts Hldg Co- Stock | A | Dividend | J | T | Sold | 12/12/16 | J | A | |
| 564. Exxon Mobil Corp - Stock | A | Dividend | K | T | | | | | |
| 565. GlaxoSmithKline PLV - Stock | A | Dividend | J | T | | | | | |
| 566. Pepsico Inc- Stock | A | Dividend | J | T | Sold (part) | 02/02/16 | J | A | |
| 567. | A | Dividend | J | T | Sold (part) | 02/23/16 | J | A | |
| 568. Procter & Gamble Co - Stock | A | Dividend | J | T | | | | | |
| 569. Annaly Cap Mgmt Inc. - Stock | A | Dividend | J | T | | | | | |
| 570. Mack Cali Rlty Corp - Stock | A | Dividend | J | T | Sold (part) | 07/25/16 | J | A | |
| 571. Medtronic Inc Com - Stock | A | Dividend | J | T | | | | | |
| 572. Suntrust Bks Inc - Stock | A | Dividend | K | T | | | | | |
| 573. Southwestern Energy Co - Stock | A | Dividend | J | T | Sold | 01/28/16 | J | A | |
| 574. Taiwan Semiconductor Mfg LTD - Stock | A | Dividend | J | T | Sold (part) | 09/14/16 | J | A | |
| 575. Honda Mtr Ltd - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 576. Qualcomm Inc Com - Stock | A | Dividend | J | T | | | | | |
| 577. Franklin Res Inc Com - Stock | A | Dividend | J | T | | | | | |
| 578. Baxalta Inc Com- Stock | A | Dividend | J | T | Sold (part) | 05/12/16 | J | A | |
| 579. | A | Dividend | J | T | Sold (part) | 06/03/16 | J | A | |
| 580. | A | Dividend | J | T | Sold | 07/07/16 | J | B | |
| 581. Whole Foods Mkt Inc Com - Stock | A | Dividend | J | T | Sold (part) | 02/02/16 | J | A | |
| 582. Bed Bath & Beyond Inc. Stock | A | Dividend | J | T | Sold (part) | 01/04/16 | J | A | |
| 583. | A | Dividend | J | T | Sold | 06/30/16 | J | A | |
| 584. Shire PLC - Stock | A | Dividend | J | T | Sold (part) | 07/18/16 | J | A | |
| 585. | A | Dividend | J | T | Sold | 07/25/16 | J | A | |
| 586. Bank of America ▮ | | | | | | | | | |
| 587. ABBOTT LABS COM - Stock | A | Dividend | J | T | | | | | |
| 588. ABBVIE INC COM - Stock | A | Dividend | J | T | | | | | |
| 589. ACTIVISION BLIZZARD INC COM - Stock | A | Dividend | J | T | | | | | |
| 590. ADOBE SYS INC COM - Stock | A | Dividend | J | T | | | | | |
| 591. AES CORP COM - Stock | A | Dividend | J | T | | | | | |
| 592. AETNA INC NEW COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 593. AFLAC INC COM - Stock | A | Dividend | M | T | | | | | |
| 594. AGILENT TECHNOLOGIES INC COM - Stock | A | Dividend | J | T | | | | | |
| 595. AIR PRODS & CHEMS INC COM - Stock | A | Dividend | J | T | | | | | |
| 596. ALEXION PHARMACEUTICALS INC COM - Stock | A | Dividend | J | T | | | | | |
| 597. ALLIANCE DATA SYS CORP COM - Stock | A | Dividend | J | T | | | | | |
| 598. ALLSTATE CORP COM - Stock | A | Dividend | J | T | | | | | |
| 599. ALTERA CORP COM - Stock | A | Dividend | J | T | | | | | |
| 600. ALTRIA GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 601. AMAZON COM INC COM - Stock | A | Dividend | J | T | | | | | |
| 602. AMEREN CORP COM - Stock | A | Dividend | J | T | | | | | |
| 603. AMERICAN ELEC PWR INC COM - Stock | A | Dividend | J | T | | | | | |
| 604. AMERICAN INTL GROUP INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 605. AMERICAN TOWER CORP COM - Stock | A | Dividend | J | T | | | | | |
| 606. AMERISOURCEBERGEN CORP COM - Stock | A | Dividend | J | T | | | | | |
| 607. AMETEK INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 608. AMGEN INC COM - Stock | A | Dividend | J | T | | | | | |
| 609. AMPHENOL CORP NEW CL A - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 610. ANTHEM INC COM | A | Dividend | J | T | | | | | |
| 611. AON PLC COM ISIN[____] - Stock | A | Dividend | J | T | | | | | |
| 612. APACHE CORP COM - Stockl | A | Dividend | J | T | | | | | |
| 613. APPLE INC COM - Stockl | A | Dividend | J | T | | | | | |
| 614. APPLIED MATLS INC COM Stock | A | Dividend | J | T | | | | | |
| 615. ARCHER DANIELS MIDLAND CO COM - Stock | A | Dividend | J | T | | | | | |
| 616. AUTOMATAIC DATA PROCESSING INC COM - Stock | A | Dividend | J | T | | | | | |
| 617. AUTOZONE INC COM - Stock | A | Dividend | J | T | | | | | |
| 618. AVAGO TECHNOLOGIES LTD COM SINGAPORE - Stock | A | Dividend | J | T | | | | | |
| 619. BARD C R INC COM - Stock | A | Dividend | J | T | | | | | |
| 620. BAXTER INTL INC COM - Stock | A | Dividend | J | T | Buy | | | | |
| 621. BB&T CORP COM - Stock | A | Dividend | J | T | | | | | |
| 622. BECTON DICKINSON & CO COM - Stock | A | Dividend | J | T | | | | | |
| 623. BIOGEN IDEC IN COM - Stock | A | Dividend | J | T | | | | | |
| 624. BLACKROCK INC CL A - Stock | A | Dividend | J | T | | | | | |
| 625. BOEING CO COM - Stock | A | Dividend | J | T | | | | | |
| 626. BORG WARNER INC COM - Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 627. BOSTON PROPERTIES INC COM - Stock | A | Dividend | K | T | | | | | |
| 628. BOSTON SCIENTIFIC CORP COM - Stock | A | Dividend | K | T | | | | | |
| 629. BRISTOL MYERS SQUIBB CO COM - Stock | A | Dividend | J | T | | | | | |
| 630. BROWN FORMAN CORP CL B - Stock | A | Dividend | J | T | | | | | |
| 631. CA INC COM - Stock | A | Dividend | J | T | | | | | |
| 632. CABLEVISION SYS CORP CABLEVISION NY GROUP CLASS A COM - Stock | A | Dividend | J | T | | | | | |
| 633. CAMERON INTL CORP COM - Stock | A | Dividend | J | T | | | | | |
| 634. CARDINAL HEALTH INC COM- - Stock | A | Dividend | J | T | | | | | |
| 635. CARNIVAL CORP PAIRED CTF 1 COM PANAMA - Stock | A | Dividend | J | T | | | | | |
| 636. CBS CORP NEW CL A COM - Stock | A | Dividend | J | T | | | | | |
| 637. CERNER CORP COM - Stock | A | Dividend | J | T | | | | | |
| 638. CF INDS HLDGS INC COM - Stock | A | Dividend | J | T | | | | | |
| 639. CIGMA CORP COM - Stock | A | Dividend | J | T | | | | | |
| 640. CINCINNATI FINL CORP COM - Stock | A | Dividend | J | T | | | | | |
| 641. CISCO SYS INC COM - Stock | A | Dividend | J | T | | | | | |
| 642. CITIGROUP INC NEW COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 643. CITRIZ SYS INC COM - Stock | A | Dividend | J | T | | | | | |
| 644. CLOROX CO COM - Stock | A | Dividend | J | T | | | | | |
| 645. CMS ENERGY CORP COM - Stock | A | Dividend | J | T | | | | | |
| 646. COACH INC COM - Stock | A | Dividend | J | T | | | | | |
| 647. COCA-COLA ENTERPRISES INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 648. COGNIZANT TECHNOLOGY SOLUTIONS CL A - Stock | A | Dividend | J | T | | | | | |
| 649. COLGATE PALMOLIVE CO COM - Stock | A | Dividend | J | T | | | | | |
| 650. COLUMBIA PIPELINE GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 651. CONAGRA FOODS INC COM - Stock | A | Dividend | J | T | | | | | |
| 652. CONOCOPHILLIPS COM - Stock | A | Dividend | J | T | | | | | |
| 653. CONSOL ENERGY INC COM - Stock | A | Dividend | J | T | | | | | |
| 654. CONSTELLATION BRANDS INC CL A Stock | A | Dividend | J | T | | | | | |
| 655. CORNING NC COM - Stock | A | Dividend | J | T | | | | | |
| 656. COSTCO WHSL CORP NEW COM - Stock | A | Dividend | J | T | | | | | |
| 657. CROWN CASTLE INTL CORP REITS - Stock | A | Dividend | J | T | | | | | |
| 658. CSX CORP COM - Stock | A | Dividend | J | T | | | | | |
| 659. DANAHER CORP DEL COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 660. DEERE & CO COM - Stock | A | Dividend | J | T | | | | | |
| 661. DELPHI AUTOMOTIVE PLC COM JERSEY - Stock | A | Dividend | J | T | | | | | |
| 662. DELTA AIR LINES INC DEL NEW COM - Stock | A | Dividend | J | T | | | | | |
| 663. DENTSPLY INTL INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 664. DIAMOND OFFSHORE DRILLING INC COM - Stock | A | Dividend | J | T | | | | | |
| 665. DISCOVER FINL SVCS COM - Stock | A | Dividend | J | T | | | | | |
| 666. DISCOVERY COMMUNICATIONS INC NEW SER A COM - Stock | A | Dividend | J | T | | | | | |
| 667. DISNEY WALT CO COM DISNEY - Stock | A | Dividend | K | T | | | | | |
| 668. DOLLAR GEN CORP NEW COM - Stock | A | Dividend | K | T | | | | | |
| 669. DOMINION RES INC VA NEW COM - Stock | A | Dividend | K | T | | | | | |
| 670. DOVER CORP COM - Stock | A | Dividend | K | T | | | | | |
| 671. DTE ENERGY CO COM - Stock | A | Dividend | K | T | | | | | |
| 672. DU PONT E I DE NEMOURS & CO COM - Stock | A | Dividend | K | T | | | | | |
| 673. DUKE ENERGY CORP NEW COM - Stock | A | Dividend | K | T | | | | | |
| 674. DUN & BRADSTREET CORP DEL NEW COM - Stock | A | Dividend | K | T | | | | | |
| 675. E TRADE FINL CORP NEW COM - Stock | A | Dividend | K | T | | | | | |
| 676. EASTMAN CHEM CO COM - Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 677. EATON CORP PLC COM IRELAND - Stock | A | Dividend | J | T | | | | | |
| 678. EBAY INC COM - Stock | A | Dividend | J | T | | | | | |
| 679. ECOLAB INC COM - Stock | A | Dividend | J | T | | | | | |
| 680. EDWARDS LIFESCIENCES CORP COM - Stock | A | Dividend | J | T | | | | | |
| 681. ELECTRONIC ARTS INC COM - Stock | A | Dividend | J | T | | | | | |
| 682. EMC CORP COM - Stock | A | Dividend | J | T | | | | | |
| 683. EMERSON ELEC CO COM - Stock | A | Dividend | J | T | | | | | |
| 684. ENDO9 INTERNATIONAL PLC COM IRELAND - Stock | A | Dividend | J | T | | | | | |
| 685. ENSCO PLC CL A - Stock | A | Dividend | J | T | | | | | |
| 686. ENTERGY CORP NEW COM - Stock | A | Dividend | J | T | | | | | |
| 687. EOG RES INC COM - Stock | A | Dividend | J | T | | | | | |
| 688. EQT CORP COM - Stock | A | Dividend | J | T | | | | | |
| 689. EQUIFAX INC COM - Stock | A | Dividend | J | T | | | | | |
| 690. EQUITY RESIDENTIAL SH BEN INT - Stock | A | Dividend | J | T | | | | | |
| 691. EVERSOURCE ENERGY COM - Stock | A | Dividend | J | T | | | | | |
| 692. EXELON CORP COM - Stock | A | Dividend | J | T | | | | | |
| 693. EXPEDIA INC DEL NEW COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 694. EXPEDITORS INTL WASHINGTON INC COM - Stock | A | Dividend | J | T | | | | | |
| 695. EXXON MOBIL CORP COM - Stock | A | Dividend | K | T | | | | | |
| 696. F,C CORP COM NEW - Stock | A | Dividend | J | T | | | | | |
| 697. FACEBOOK INC CL A COM - Stock | A | Dividend | J | T | | | | | |
| 698. FASTENAL CO COM - Stock | A | Dividend | J | T | | | | | |
| 699. FEDEX CORP COM - Stock | A | Dividend | J | T | | | | | |
| 700. FIFTH THIRD BANCOROP COM - Stock | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 701. FIRST SOLAR INC COM - Stock | A | Dividend | J | T | | | | | |
| 702. FIRSTENERGY CORP COM - Stock | A | Dividend | J | T | | | | | |
| 703. FISERV INC COM - Stock | A | Dividend | J | T | | | | | |
| 704. FLIR SYS INC COM - Stock | A | Dividend | J | T | | | | | |
| 705. FLOWSERVE CORP COM - Stock | A | Dividend | J | T | | | | | |
| 706. FLOUR CORP COM NEW - Stock | A | Dividend | J | T | | | | | |
| 707. FORD MTR CO DEL COM PAR $0.01 - Stock | A | Dividend | J | T | | | | | |
| 708. FOSSIL GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 709. FRANKLIN RES INC COM - Stock | A | Dividend | J | T | | | | | |
| 710. FREEPORT-MCMORAN INC COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 711. FRONTIER COMMUNICATIONS CORP COM - Stock | A | Dividend | J | T | | | | | |
| 712. GAP INC DEL COM - Stock | A | Dividend | J | T | | | | | |
| 713. GENERAL DYNAMICS CORP COM - Stock | A | Dividend | J | T | | | | | |
| 714. GENERAL ELEC CO COM - Stock | A | Dividend | J | T | | | | | |
| 715. GENERAL GROWTH PPTYS INC NEW REITS - Stock | A | Dividend | J | T | | | | | |
| 716. GENERAL MLS INC COM - Stock | A | Dividend | J | T | | | | | |
| 717. GENERAL MTRS CO COM - Stock | A | Dividend | J | T | | | | | |
| 718. GENUINE PARTS CO COM - Stock | A | Dividend | J | T | | | | | |
| 719. GENWORTH FINL INC CL A COM - Stock | A | Dividend | J | T | | | | | |
| 720. GILEAD SCIENCES INC COM - Stock | A | Dividend | J | T | | | | | |
| 721. GOLDMAN SACHS GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 722. GOODYEAR TIRE & RUBR CO COM - Stock | A | Dividend | J | T | | | | | |
| 723. GOGGLE INC CL A COM - Stock | A | Dividend | J | T | | | | | |
| 724. HARMAN INTL INDS INC COM - Stock | A | Dividend | J | T | | | | | |
| 725. HARRIS CORP DEL COM - Stock | A | Dividend | J | T | | | | | |
| 726. HARTFORD FINL SVCS GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 727. HCA HLDGS INC COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 728. HCP INC REIT - Stock | A | Dividend | J | T | | | | | |
| 729. HEALTH CARE REIT INC COM - Stock | A | Dividend | J | T | | | | | |
| 730. HERSHEY CO COM - Stock | A | Dividend | J | T | | | | | |
| 731. HESS CORP COM - Stock | A | Dividend | J | T | | | | | |
| 732. HEWLETT PACKARD CO COM - Stock | A | Dividend | J | T | | | | | |
| 733. HOME DEPOT INC COM - Stock | A | Dividend | J | T | | | | | |
| 734. HONEYWELL INTL INC COM - Stock | A | Dividend | J | T | | | | | |
| 735. HOST HOTELS & RESORTS INC REIT - Stock | A | Dividend | J | T | | | | | |
| 736. HUMANA INC COM - Stock | A | Dividend | J | T | | | | | |
| 737. HUNT J B TRANS SVCS INC COM - Stock | A | Dividend | J | T | | | | | |
| 738. ILLINOIS TOOL WKS INC COM - Stock | A | Dividend | J | T | | | | | |
| 739. INTEGRYS ENERGY GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 740. INTEL CORP COM - Stock | A | Dividend | J | T | | | | | |
| 741. INTERCONTINENTAL EXCHANGE INC COM - Stock | A | Dividend | J | T | | | | | |
| 742. INTERNATIONAL PAPER CO COM - Stock | A | Dividend | J | T | | | | | |
| 743. INTERPUBLIC GROUP COS INC COM - Stock | A | Dividend | J | T | | | | | |
| 744. INTUIT COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 745. JACOBS ENGR GROUP INC DEL COM - Stock | A | Dividend | J | T | | | | | |
| 746. JOHNSON & JOHNSON COM - Stock | A | Dividend | J | T | | | | | |
| 747. KELLOGG CO COM - Stock | A | Dividend | J | T | | | | | |
| 748. KEURIG GREEN MTN INC COM - Stock | A | Dividend | J | T | | | | | |
| 749. KEYCORP NEW COM - Stock | A | Dividend | J | T | | | | | |
| 750. KIMCO REALTY CORP COM - Stock | A | Dividend | J | T | | | | | |
| 751. KOHLS CORP COM - Stock | A | Dividend | J | T | | | | | |
| 752. KRAFT FOODS GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 753. KROGER CO COM - Stock | A | Dividend | J | T | | | | | |
| 754. L BRANDS INC COM - Stock | A | Dividend | J | T | | | | | |
| 755. L-3 COMMUNICATIONS HLDGS INC COM - Stock | A | Dividend | J | T | | | | | |
| 756. LENNAR CORP COM - Stock | A | Dividend | J | T | | | | | |
| 757. LEVEL 3 COMMUNICATIONS INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 758. LILLY ELI & CO COM - Stock | A | Dividend | J | T | | | | | |
| 759. LINCOLN NATL CORP IND COM - Stock | A | Dividend | J | T | | | | | |
| 760. LOCKHEED MARTIN CORP COM - Stock | A | Dividend | J | T | | | | | |
| 761. LOEWS CORP COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 762.  LOWES COS INC COM - Stock | A | Dividend | J | T | | | | | |
| 763.  LYONDELLBASELL INDUSTRIES NV CL A COM NETHERLANDS - Stock | A | Dividend | J | T | | | | | |
| 764.  MACERICH CO COM - Stock | A | Dividend | J | T | | | | | |
| 765.  MACYS INC COM - Stock | A | Dividend | J | T | | | | | |
| 766.  MALLINCKRODT PLC COM IRELAND- Stiock | A | Dividend | J | T | | | | | |
| 767.  MARATHON OIL CORP COM - Stock | A | Dividend | J | T | | | | | |
| 768.  MARSH & MCLENNAN COS INC COM - Stock | A | Dividend | J | T | | | | | |
| 769.  MASCO CORP COM - Stock | A | Dividend | J | T | | | | | |
| 770.  MATTEL INC COM - Stock | A | Dividend | J | T | | | | | |
| 771.  MCCORMICK & CO INC COM NON VTG - Stock | A | Dividend | J | T | | | | | |
| 772.  MCGRAW HILL FINL INC COM - Stock | A | Dividend | J | T | | | | | |
| 773.  MCKESSON CORP COM - Stock | A | Dividend | J | T | | | | | |
| 774.  MEAD JOHNSON NUTRITION CO COM - Stock | A | Dividend | J | T | | | | | |
| 775.  MEADWESTVACO CORP COM - Stock | A | Dividend | J | T | | | | | |
| 776.  MEDTRONIC PLC COM IRELAND - Stock | A | Dividend | J | T | | | | | |
| 777.  MERCK& CO INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 778.  METLIFE INC COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 779. MICHAEL KORS KLDGS LTD COM ISIN [ ] VIRGIN ISLANDS - Stock | A | Dividend | J | T | | | | | |
| 780. MICRON TECHNOLOGY INC COM - Stock | A | Dividend | J | T | | | | | |
| 781. MICROSOFT CORP COM - Stock | A | Dividend | J | T | | | | | |
| 782. MOHAWK INDS INC COM - Stock | A | Dividend | J | T | | | | | |
| 783. MONDELEZ INTL INC COM - Stock | A | Dividend | J | T | | | | | |
| 784. MONSANTO CO NEW COM - Stock | A | Dividend | J | T | | | | | |
| 785. MONSTER BEVERAGE CORP COM - Stock | A | Dividend | J | T | | | | | |
| 786. MOTOROLA SOLUTIONS INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 787. NASDAQ INC COM - Stock | A | Dividend | J | T | | | | | |
| 788. NETFLIX.COM INC COM - Stock | A | Dividend | J | T | | | | | |
| 789. NEWELL RUBBERMAID INC COM - Stock | A | Dividend | J | T | | | | | |
| 790. NEWMONT MNG CORP COM - Stock | A | Dividend | J | T | | | | | |
| 791. NEWSCORP NEW CL A - Stock | A | Dividend | J | T | | | | | |
| 792. NEXTERA ENERGY INC COM - Stock | A | Dividend | J | T | | | | | |
| 793. NIELSEN N V COM NETHERLANDS - Stock | A | Dividend | J | T | | | | | |
| 794. NIKE INC CL B - Stock | A | Dividend | J | T | | | | | |
| 795. NORDSTROM INC COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 796. NORTHERN TR CORP COM - Stock | A | Dividend | J | T | | | | | |
| 797. NORTHROP GRUMMAN CORP COM - Stock | A | Dividend | J | T | | | | | |
| 798. NUCOR CORP COM - Stock | A | Dividend | J | T | | | | | |
| 799. NVIDIA CORP COM - Stock | A | Dividend | J | T | | | | | |
| 800. O REILLY AUTOMOTIVE INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 801. OMNICOM GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 802. ONEOK INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 803. ORACLE CORP COM - Stock | A | Dividend | J | T | | | | | |
| 804. OWENS ILL INC COM NEW - Stock | A | Dividend | J | T | | | | | |
| 805. PARKER HANNIFIN CORP COM - Stock | A | Dividend | J | T | | | | | |
| 806. PAYCHEX INC COM - Stock | A | Dividend | J | T | | | | | |
| 807. PAYPAL - Stock | B | Dividend | J | T | | | | | |
| 808. PERKINELMER INC COM - Stock | A | Dividend | J | T | | | | | |
| 809. PIONEER NAT RES CO COM - Stock | A | Dividend | J | T | | | | | |
| 810. PPG INDS INC COM - Stock | A | Dividend | J | T | | | | | |
| 811. PRICE T ROWE GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 812. PRINCIPAL FINL GROUP INC COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 813. PROCTER & GAMBLE CO COM - Stock | A | Dividend | J | T | | | | | |
| 814. PROGRESSIVE CORP OHIO COM - Stock | A | Dividend | J | T | | | | | |
| 815. PROLOGIS INC REITS - Stock | A | Dividend | J | T | | | | | |
| 816. PUBLIC SVC ENTERPRISE GROUP COM - Stock | A | Dividend | J | T | | | | | |
| 817. QUEST DIAGNOSTICS INC COM - Stock | A | Dividend | J | T | | | | | |
| 818. RALPH LAUREN CORP CL A COM - Stock | A | Dividend | J | T | | | | | |
| 819. RANGE RES CORP COM - Stock | A | Dividend | J | T | | | | | |
| 820. RAYTHEON CO COM NEW - Stock | A | Dividend | J | T | | | | | |
| 821. RED HAT INC COM - Stock | A | Dividend | J | T | | | | | |
| 822. REGENERON PHARMACEUTICALS COM - Stock | A | Dividend | J | T | | | | | |
| 823. REGIONS FINL CORP NEW COM - Stock | A | Dividend | J | T | | | | | |
| 824. REPUBLIC SVCS INC COM - Stock | A | Dividend | J | T | | | | | |
| 825. ROCKWELL AUTOMATION INC COM - Stock | A | Dividend | J | T | | | | | |
| 826. ROSS STORES INC COM - Stock | A | Dividend | J | T | | | | | |
| 827. SALESFORCE COM INC COM - Stock | A | Dividend | J | T | | | | | |
| 828. SANDISK CORP COM - Stock | A | Dividend | J | T | | | | | |
| 829. SCHLUMBERGER LTD COM CURACAO - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 830.  SCHWAB CHARLES CORP NEW COM - Stock | A | Dividend | K | T | | | | | |
| 831.  SCRIPPS NETWORKS INTERACTIVE INC CL A COM - Stock | A | Dividend | J | T | | | | | |
| 832.  SEAGATE TECH COM IRELAND - Stock | A | Dividend | J | T | | | | | |
| 833.  SEMPRA ENERGY COM - Stock | A | Dividend | J | T | | | | | |
| 834.  SIMON PPTY GROUP INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 835.  SL GREEN RLTY CORP COM - Stock | A | Dividend | J | T | | | | | |
| 836.  SMUCKER J M CO NEW COM - Stock | A | Dividend | J | T | | | | | |
| 837.  SNAP ON INC COM - Stock | A | Dividend | J | T | | | | | |
| 838.  SOUTHERN CO COM - Stock | A | Dividend | J | T | | | | | |
| 839.  SOUTHWEST AIRLS CO COM - Stock | A | Dividend | J | T | | | | | |
| 840.  SPECTRA ENERGY CORP COM - Stock | A | Dividend | J | T | | | | | |
| 841.  STANLEY BLACK & DECKER INC COM - Stock | A | Dividend | J | T | | | | | |
| 842.  STAPLES INC COM - Stock | A | Dividend | J | T | | | | | |
| 843.  STARBUCKS CORP COM - Stock | A | Dividend | J | T | | | | | |
| 844.  STARWOOD HOTELS & RESORTS WORLDWIDE INC COM - Stock | A | Dividend | J | T | | | | | |
| 845.  STATE STR CORP COM - Stock | A | Dividend | J | T | | | | | |
| 846.  SYMANTEC CORP COM - Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 847. TE CONNECTIVITY LTD COM SWITZERLAND - Stock | A | Dividend | J | T | | | | | |
| 848. TEGNA INC COM - Stock | A | Dividend | J | T | | | | | |
| 849. TENET HEALTHCARE CORP NEW COM- Stock | A | Dividend | J | T | | | | | |
| 850. TEXAS INSTRS INC COM - Stoick | A | Dividend | J | T | | | | | |
| 851. TEXTRON INC COM - Stock | A | Dividend | J | T | | | | | |
| 852. THERMO FISHER SCIENTIFIC CORP COM - Stock | A | Dividend | J | T | | | | | |
| 853. TIFFANY & CO NEW COM - Stock | A | Dividend | J | T | | | | | |
| 854. TOTAL SYS SVCS INC COM - Stock | A | Dividend | J | T | | | | | |
| 855. TYCO INTL PLC COM IRELAND - Stock | A | Dividend | J | T | | | | | |
| 856. TYSON FOODS INC CL A - Stock | A | Dividend | J | T | | | | | |
| 857. UNDER ARMOUR INC CL A COM - Stock | A | Dividend | J | T | | | | | |
| 858. UNION PAC CORP COM - Stock | A | Dividend | J | T | | | | | |
| 859. UNITED CONTL HLDGS INC COM - Stock | A | Dividend | J | T | | | | | |
| 860. UNITED RENTALS INC COM - Stock | A | Dividend | J | T | | | | | |
| 861. UNITEDHEALTH GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 862. UNIVERSAL HLTH SVCS INC CL B - Stock | A | Dividend | J | T | | | | | |
| 863. VF CORP COM - Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
   (See Column C2)            U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 864. VALERO ENERGY CORP NEW COM - Stock | A | Dividend | J | T | | | | | |
| 865. VERIZON COMMUNICATIONS INC COM - Stock | B | Dividend | J | T | | | | | |
| 866. VERTEX PHARMACEUTICALS INC COM - Stock | A | Dividend | J | T | | | | | |
| 867. VULCAN MATLS CO COM - Stock | A | Dividend | J | T | | | | | |
| 868. WASTE MGMT INC DEL COM - Stock | A | Dividend | J | T | | | | | |
| 869. WESTROCK CO COM - Stock | A | Dividend | J | T | | | | | |
| 870. WHIRLPOOOL CORP COM - Stock | A | Dividend | J | T | | | | | |
| 871. WISCONSIN ENERGY CORP COM - Stock | A | Dividend | J | T | | | | | |
| 872. WYNN RESORTS LTD COM - Stock | A | Dividend | J | T | | | | | |
| 873. XCEL ENERGY INC COM - Stock | A | Dividend | J | T | | | | | |
| 874. XEROX CORP COM - Stock | A | Dividend | J | T | | | | | |
| 875. XILINX INC COM - Stock | A | Dividend | J | T | | | | | |
| 876. YAHOO INC COM - Stock | A | Dividend | J | T | | | | | |
| 877. ZIMMER BIOMET HLDGS INC COM - Stom | A | Dividend | J | T | | | | | |
| 878. Rental Property #1 | | Rent | P2 | W | | | | | |
| 879. S/S Trust | | | | | | | | | |
| 880. 'Wine Simple, Inc. | A | None | J | T | Closed | 06/01/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 881. | | | | | | | | | |
| 882. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Snyder, Christina A.** | 04/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Page 4. Line 1 - GA DFA IRA Acct #1 - liquidated acct out of GA and moved to RNC
2. Part VII, Page 15 - Line 202 - GA DFA IRA Acct #2 - liquidated acct out of GA and acct was moved to Thrift Savings Plan.
3. Part VII, Page 22 - Line 315 - Should have been shown as sold part not all on 2015 report
4. Part VII, Page 23 - Line 338 - Originally was a spoin-ff then turned into Shire, Inc. and was then a Tender Offer
5. Part VII, Page 26- Line 379 - 2015 Report should have stated donated part

.

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 04/04/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina A. Snyder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544